IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
KATHALEEN COOLEY,                  )
                                   )
                Plaintiff,         )
                                   )
     v.                            )   No.  09 C 2109
                                   )
BOARD OF EDUCATION OF THE CITY     )
OF CHICAGO, et al., etc.,          )
                                   )
                Defendants.        )
```

MEMORANDUM ORDER

In the Appendix to this Court's July 21, 2009 memorandum opinion and order, two references were made to "LR 5.2(e)." Those references reflected a typographical error: On June 24, 2009 this District Court adopted an amendment to LR 5.2 that inserted a new LR 5.2(e), so that the Appendix references should have read "LR 5.2(f)" instead.

                                                _____
                                                Milton I. Shadur
                                                Senior United States District Judge

Date:  July 22, 2009